GEORGE BAXTER, PLAINTIFF-RESPONDENT, v. JOHN VANDER WIEDE, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Oppenheim & Oppenheim* and *Mr. Bernard Shurkin* for the petitioners.

*Messrs. David & Albert L. Cohn* for the respondent.

January 12, 1959. Denied.

EDWARD HINTENBERGER, PLAINTIFF-PETITIONER, v. CITY OF GARFIELD, DEFENDANT-RESPONDENT.

See same case below: 52 *N. J. Super.* 526.

*Messrs. Losche & Losche* for the petitioner.

*Mr. Carmen M. Belli and Mr. Frank J. Cuccio* for the respondent.

Denied.